IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL J. LATHROP, | ) | 8:11CV32 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ATTORNEY GENERAL OF | ) | |
| NEBRASKA, and FRED BRITTEN, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Appeal In Forma Pauperis (filing no. 21) and Notice of Appeal (filing no. 20). This court already granted Petitioner leave to appeal in forma pauperis on August 31, 2011. (Filing No. 17.) The Clerk of court processed Petitioner's appeal the following day. (Filing No. 18.) Thus, Petitioner's filings are duplicative.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Leave to Appeal In Forma Pauperis (filing no. 21) is denied as duplicative.

2. The Clerk of the court is directed not to process Petitioner's duplicative Notice of Appeal and to send a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 28th day of September, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge